# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————————

No. 98-1533MN

——————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Apolinar Cortes-Tellez, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

——————————

Submitted: July 29, 1998
Filed: August 3, 1998

——————————

Before FAGG, BEAM, and LOKEN, Circuit Judges.

——————————

PER CURIAM.

Having entered into a written plea agreement, Apolinar Cortes-Tellez pleaded guilty to robbing a federally insured Minnesota state bank, using a handgun to assault and jeopardize the life of another person while committing the offense, and to using and carrying a firearm during and in relation to the armed robbery. On appeal, Cortes-Tellez raises several arguments about the sentence imposed by the district court. Although Cortes-Tellez now claims that he did not understand the significance of some of the provisions in the plea agreement, he told the district court that he understood the plea agreement and he does not seek to withdraw his plea or to repudiate the plea agreement. After a careful review of the record and the terms of the plea agreement,

we conclude the district court correctly resolved each of Cortes-Tellez's claims and an extended opinion by this court would have no precedential value. We are satisfied that no error or law appears and that the district court's sentence-related findings are neither contrary to the terms of the plea agreement nor clearly erroneous. We thus affirm Cortes-Tellez's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.